John Balaskas and Henry Thomas, Appellees, v. Victor S. Peters, Appellant. Anderson Plotz and Company, Inc., Appellee, v. Victor S. Peters, Appellant.

Gen. No. 44,954. 

Joseph Lustfield, for appellant; Herman & Pollak and Myer H. Gladstone, for appellees. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed May 8, 1950; released for publication May 23, 1950.